JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SILVA, an individual; VIRGINIA SILVA, an individual; ROBERT MCDONALD, an individual; MIA PRUITT, an individual; STATE OF CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, a government entity,<br><br>Defendant. | Case No.: CV13-01851 RSWL (RZx)<br><br>ASSIGNED TO THE HONORABLE RONALD S.W. LEW<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANT STATE OF CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES** |

After full consideration of the pleadings and papers on file in this case, the evidence on record, and the argument of counsel, and GOOD CAUSE APPEARING THEREFOR:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant State of California Department of Health Care Services is dismissed from this action. The judgment entered in this action on August 14, 2013, shall retain its full force and effect so that the defaulting defendants are precluded from asserting any further claims to the pension death benefits payable on the account of Lester McDonald against the Trustees or the Department, and shall constitute a final judgment under the Federal Rules of Civil Procedure as to the Trustees, Daniel Silva, Virginia Silva, Robert

McDonald, and Mia Pruitt.

This order constitutes a final disposition of this action.  Accordingly, all pending dates before this Court are vacated.

**IT IS SO ORDERED.**

DATED: 1/28/14

RONALD S.W. LEW
———————————————
HON. RONALD S.W. LEW
SENIOR U.S.  DISTRICT JUDGE